OPINION — AG — THE STATUTES REQUIRE THE DEPARTMENT OF MENTAL HEALTH TO ESTABLISH A FORTY HOUR WORK WEEK FOR EMPLOYEES OF INSTITUTIONS WITHIN THE DEPARTMENT FROM AND AFTER JANUARY 1, 1964; THAT SAID POLICY MUST BE CARRIED OUT WITHIN THE INSTITUTIONS DURING NORMAL CONDITIONS. CITE: 43A O.S. 1963 Supp., 421 [43A-421], 43A O.S. 1963 Supp., 422 [43A-422], 43A O.S. 1963 Supp., 421 [43A-421] (HARVEY CODY)